# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Patricia Ann Flannery** | Case # |
| **Debtor** | **CHAPTER 13** |

## CERTIFICATE OF SERVICE

I, Charles Laputka, Esquire, do hereby certify that on the 10th day of May, 2023, a true and correct copy of the Chapter 13 Plan was served upon all creditors listed in the matrix and by first-class, postage prepaid U. S. mail and/or via electronic delivery through the U.S. Bankruptcy Court's ECF system upon:

Scott F. Waterman, Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606
ECFMail@ReadingCh13.com

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107
USTPRegion03.PH.ECF@usdoj.gov

Laputka Law Office, LLC
/s/ Charles Laputka, Esquire
Charles Laputka, Esq.
Attorney for Debtor
1344 W Hamilton St
Allentown, PA 18102
Telephone – 610/477-0155
PAID: 91984
claputka@laputkalaw.com