# Patricia Flannery Earnings Statement

Pay period: Dec 31, 2022 - Jan 6, 2023  Pay Day: Jan 13, 2023
Peapack Gladstone Bank (. . . 1849): $148.95

**Company**
Piesoft LLC
1201 Blair St
Easton, PA 18045
720-263-7478

**Employee**
Patricia Flannery
XXX-XX-4229
2023 Leithsville Rd
Hellertown, PA 18055

## Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | — | $0.00 | $0.00 |

## Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $170.00 | $340.00 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $21.04 | $42.07 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $148.96 | $297.93 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $148.96 | $297.93 |

## Employee Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $0.00 | | $0.00 | $0.00 |
| Total Hours Worked | | 40.0 | | |
| Gross | | 40.0 | $170.00 | $510.00 |
| Gross Earnings | | | $170.00 | $510.00 |

## Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Social Security | $10.54 | $31.62 |
| Medicare | $2.47 | $7.40 |
| PA Withholding Tax | $5.22 | $15.66 |
| PA UC Tax Employee Withholding | $0.12 | $0.34 |

## Employer Taxes

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $10.54 | $31.62 |
| Medicare | $2.47 | $7.40 |
| FUTA | $1.02 | $3.06 |
| PA UC Tax Employer Contribution | $5.57 | $16.71 |

# Patricia Flannery Earnings Statement

Pay period: Jan 7, 2023 - Jan 13, 2023  Pay Day: Jan 26, 2023
Peapack Gladstone Bank ( . . . 1849): $148.96

**Company**
Piesoft LLC
1201 Blair St
Easton, PA 18045
720-263-7478

**Employee**
Patricia Flannery
XXX-XX-4229
2023 Leithsville Rd
Hellertown, PA 18055

## Employee Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $0.00 | 40.0 | $0.00 | $0.00 |
| Total Hours Worked | | 40.0 | | |
| Gross | | | $170.00 | $680.00 |
| Gross Earnings | | | $170.00 | $680.00 |

## Employee Taxes Withheld

| Lower Saucon EIT | $1.70 | $5.10 |
| Lower Saucon LST | $1.00 | $3.00 |

## Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

## Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

## Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $170.00 | $510.00 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $21.05 | $63.12 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $148.95 | $446.88 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $148.95 | $446.88 |

Employer Taxes

# Patricia Flannery Earnings Statement

Pay period: Jan 14, 2023 - Jan 20, 2023  Pay Day: Jan 30, 2023
Peapack Gladstone Bank ( . . . 1849): $148.95

**Company**
Piesoft LLC
1201 Blair St
Easton, PA 18045
720-263-7478

**Employee**
Patricia Flannery
XXX-XX-4229
2023 Leithsville Rd
Hellertown, PA 18055

## Employee Earnings

| Description | Hours | Rate | Current | Year To Date |
|---|---|---|---|---|

## Employee Tax

| | Current | Year To Date |
|---|---|---|
| Social Security | $10.54 | $42.16 |
| Medicare | $2.46 | $9.86 |
| PA Withholding Tax | $5.22 | $20.88 |
| PA UC Tax Employee Withholding | $0.12 | $0.46 |
| Lower Saucon EIT | $1.70 | $6.80 |
| Lower Saucon LST | $1.00 | $4.00 |

## Company Tax

| | Current | Year To Date |
|---|---|---|
| Social Security | $10.54 | $42.16 |
| Medicare | $2.46 | $9.86 |
| FUTA | $1.02 | $4.08 |
| PA UC Tax Employer Contribution | $5.57 | $22.28 |

## Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | — | $0.00 | $0.00 |

## Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | — | $0.00 | $0.00 |

## Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $170.00 | $680.00 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $21.04 | $84.16 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $148.96 | $595.84 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $148.96 | $595.84 |

# Patricia Flannery Earnings Statement

| | | | |
|---|---|---|---|
| Regular Hours | Salaried | | $0.00 | 40.0 | $0.00 |
| Total Hours Worked | | 40.0 | |
| Gross | | $170.00 | $850.00 |
| Gross Earnings | | $170.00 | $850.00 |

### Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Social Security | $10.54 | $52.70 |
| Medicare | $2.47 | $12.33 |
| PA Withholding Tax | $5.22 | $26.10 |
| PA UC Tax Employee Withholding | $0.12 | $0.58 |
| Lower Saucon EIT | $1.70 | $8.50 |
| Lower Saucon LST | $1.00 | $5.00 |

### Employer Taxes

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $10.54 | $52.70 |
| Medicare | $2.47 | $12.33 |
| FUTA | $1.02 | $5.10 |
| PA UC Tax Employer Contribution | $5.57 | $27.85 |

### Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

### Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

### Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $170.00 | $850.00 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $21.05 | $105.21 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $148.95 | $744.79 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $148.95 | $744.79 |

Company
Piesoft LLC
1201 Blair St
Easton, PA 18045
720-263-7478

Employee
Patricia Flannery
XXX-XX-4229
2023 Leithsville Rd
Hellertown, PA 18055

Pay period: Jan 21, 2023 - Jan 27, 2023 Pay Day: Feb 6, 2023
Peapack Gladstone Bank ( . . . 1849): $148.96

### Employee Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $0.00 | 40.0 | $0.00 | $0.00 |
| Total Hours Worked | | 40.0 | | |
| Gross | | | $170.00 | $1,020.00 |
| Gross Earnings | | | $170.00 | $1,020.00 |

### Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Social Security | $10.54 | $63.24 |
| Medicare | $2.46 | $14.79 |
| PA Withholding Tax | $5.22 | $31.32 |
| PA UC Tax Employee Withholding | $0.12 | $0.70 |
| Lower Saucon EIT | $1.70 | $10.20 |
| Lower Saucon LST | $1.00 | $6.00 |

### Employer Taxes

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $10.54 | $63.24 |
| Medicare | $2.46 | $14.79 |
| FUTA | $1.02 | $6.12 |
| PA UC Tax Employer Contribution | $5.57 | $33.42 |

### Employee Deductions

| Description | Type | Current |
|---|---|---|
| None | — | $0.00 |

### Employer Contributions

| Description | Type | Current |
|---|---|---|
| None | — | $0.00 |

### Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $170.00 | $1,020.00 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $21.04 | $126.25 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $148.96 | $893.75 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $148.96 | $893.75 |

# Patricia Flannery Earnings Statement

Pay period: Jan 28, 2023 - Feb 3, 2023  Pay Day: Feb 13, 2023
Peapack Gladstone Bank ( . . . 1849): $148.95

**Company**
Piesoft LLC
1201 Blair St
Easton, PA 18045
720-263-7478

**Employee**
Patricia Flannery
XXX-XX-4229
2023 Leithsville Rd
Hellertown, PA 18055

## Employee Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $0.00 | 40.0 | $0.00 | |
| Total Hours Worked | | 40.0 | | |
| Gross | | | $170.00 | $1,190.00 |
| Gross Earnings | | | $170.00 | $1,190.00 |

## Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Social Security | $10.54 | $73.78 |
| Medicare | $2.47 | $17.26 |
| PA Withholding Tax | $5.22 | $36.54 |
| PA UC Tax Employee Withholding | $0.12 | $0.82 |
| Lower Saucon EIT | $1.70 | $11.90 |
| Lower Saucon LST | $1.00 | $7.00 |

## Employer Taxes

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $10.54 | $73.78 |
| Medicare | $2.47 | $17.26 |
| FUTA | $1.02 | $7.14 |
| PA UC Tax Employer Contribution | $5.57 | $38.99 |

## Employee Deductions

| Description | Type | Current |
|---|---|---|
| None | -- | $0.00 |

## Employer Contributions

| Description | Type | Current |
|---|---|---|
| None | -- | $0.00 |

## Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $170.00 | $1,190.00 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $21.05 | $147.30 |

# Patricia Flannery Earnings Statement

Pay period: Feb 4, 2023 - Feb 10, 2023  Pay Day: Feb 17, 2023
Peapack Gladstone Bank (...1849): $148.96

**Company**
Piesoft LLC
1201 Blair St
Easton, PA 18045
720-263-7478

**Employee**
Patricia Flannery
XXX-XX-4229
2023 Leithsville Rd
Hellertown, PA 18055

## Employee Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $0.00 | 40.0 | $0.00 | $0.00 |
| Total Hours Worked | | 40.0 | | |
| Gross | | | $170.00 | $1,360.00 |
| Gross Earnings | | | $170.00 | $1,360.00 |

## Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Social Security | $10.54 | $84.32 |
| Medicare | $2.46 | $19.72 |
| PA Withholding Tax | $5.22 | $41.76 |
| PA UC Tax Employee Withholding | $0.12 | $0.94 |
| Lower Saucon EIT | $1.70 | $13.60 |
| Lower Saucon LST | $1.00 | $8.00 |

## Employer Taxes

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $10.54 | $84.32 |
| Medicare | $2.46 | $19.72 |
| FUTA | $1.02 | $8.16 |
| PA UC Tax Employer Contribution | $5.57 | $44.56 |

## Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

## Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

| | Current | Year To Date |
|---|---|---|
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $148.95 | $1,042.70 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $148.95 | $1,042.70 |

# Patricia Flannery Earnings Statement

**Company**
Piesoft LLC
1201 Blair St
Easton, PA 18045
720-263-7478

**Employee**
Patricia Flannery
XXX-XX-4229
2023 Leithsville Rd
Hellertown, PA 18055

Pay period: Feb 11, 2023 - Feb 17, 2023  Pay Day: Feb 27, 2023
Peapack Gladstone Bank ( . . . 1849): $148.95

## Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $170.00 | $1,360.00 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $21.04 | $168.34 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $148.96 | $1,191.66 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $148.96 | $1,191.66 |

## Employee Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $0.00 | 40.0 | $0.00 | $0.00 |
| Total Hours Worked | | 40.0 | | |
| Gross | | | $170.00 | $1,530.00 |
| Gross Earnings | | | $170.00 | $1,530.00 |

## Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Social Security | $10.54 | $94.86 |
| Medicare | $2.47 | $22.19 |
| PA Withholding Tax | $5.22 | $46.98 |
| PA UC Tax Employee Withholding | $0.12 | $1.06 |
| Lower Saucon EIT | $1.70 | $15.30 |
| Lower Saucon LST | $1.00 | $9.00 |

## Employer Taxes

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $10.54 | $94.86 |
| Medicare | $2.47 | $22.19 |
| FUTA | $1.02 | $9.18 |
| PA UC Tax Employer Contribution | $5.57 | $50.13 |

## Employee Deductions

# Patricia Flannery Earnings Statement

Pay period: Feb 18, 2023 - Feb 24, 2023  Pay Day: Mar 9, 2023
Peapack Gladstone Bank ( . . . 1849): $148.96

**Company**
Piesoft LLC
1201 Blair St
Easton, PA 18045
720-263-7478

**Employee**
Patricia Flannery
XXX-XX-4229
2023 Leithsville Rd
Hellertown, PA 18055

### Employee Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $0.00 | 40.0 | $0.00 | $0.00 |
| Total Hours Worked | | 40.0 | | |
| Gross | | | $170.00 | $1,700.00 |
| Gross Earnings | | | $170.00 | $1,700.00 |

### Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Social Security | $10.54 | $105.40 |
| Medicare | $2.46 | $24.65 |
| PA Withholding Tax | $5.22 | $52.20 |

### Employer Taxes

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $10.54 | $105.40 |
| Medicare | $2.46 | $24.65 |
| FUTA | $1.02 | $10.20 |

### Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

### Summary

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $170.00 | $1,530.00 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $21.05 | $189.39 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $148.95 | $1,340.61 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $148.95 | $1,340.61 |

# Patricia Flannery Earnings Statement

Pay period: Feb 25, 2023 - Mar 3, 2023  Pay Day: Mar 13, 2023
Peapack Gladstone Bank ( . . . 1849): $148.95

| Company | Employee |
|---|---|
| Piesoft LLC | Patricia Flannery |
| 1201 Blair St | XXX-XX-4229 |
| Easton, PA 18045 | 2023 Leithsville Rd |
| 720-263-7478 | Hellertown, PA 18055 |

## Employee Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $0.00 | 40.0 | $0.00 | $0.00 |
| Total Hours Worked | | 40.0 | | |
| Gross | | | $170.00 | $1,870.00 |
| Gross Earnings | | | $170.00 | $1,870.00 |

## Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| PA UC Tax Employee Withholding | | $0.12 | $55.70 |
| Lower Saucon EIT | | $1.70 | |
| Lower Saucon LST | | $1.00 | |
| None | – | $0.00 | |

## Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| PA UC Tax Employer Contribution | | $1.18 | $5.57 |
| | | $17.00 | |
| | | $10.00 | |
| None | – | $0.00 | |

## Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $170.00 | $1,700.00 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $21.04 | $210.43 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $148.96 | $1,489.57 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $148.96 | $1,489.57 |

# Patricia Flannery Earnings Statement

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Social Security | $10.54 | $115.94 |
| Medicare | $2.47 | $27.12 |
| PA Withholding Tax | $5.22 | $57.42 |
| PA UC Tax Employee Withholding | $0.12 | $1.30 |
| Lower Saucon EIT | $1.70 | $18.70 |
| Lower Saucon LST | $1.00 | $11.00 |

**Employee Deductions**

| Description | Type |
|---|---|
| None | – |

**Employer Contributions**

| Description | Type |
|---|---|
| None | – |

**Employer Taxes**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $10.54 | $115.94 |
| Medicare | $2.47 | $27.12 |
| FUTA | $1.02 | $11.22 |
| PA UC Tax Employer Contribution | $5.57 | $61.27 |

| | Current | Year To Date |
|---|---|---|
| | $0.00 | $0.00 |

| | Current | Year To Date |
|---|---|---|
| | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $170.00 | $1,870.00 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $21.05 | $231.48 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $148.95 | $1,638.52 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $148.95 | $1,638.52 |

**Company**
Piesoft LLC
1201 Blair St
Easton, PA 18045
720-263-7478

**Employee**
Patricia Flannery
XXX-XX-4229
2023 Leithsville Rd
Hellertown, PA 18055

Pay period: Mar 4, 2023 - Mar 10, 2023  Pay Day: Mar 20, 2023
Peapack Gladstone Bank ( . . . 1849): $148.96

# Patricia Flannery Earnings

## Employee Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $0.00 | 40.0 | $0.00 | $0.00 |
| Total Hours Worked | | 40.0 | | |
| Gross | | | $170.00 | $2,040.00 |
| Gross Earnings | | | $170.00 | $2,040.00 |

## Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Social Security | $10.54 | $126.48 |
| Medicare | $2.46 | $29.58 |
| PA Withholding Tax | $5.22 | $62.64 |
| PA UC Tax Employee Withholding | $0.12 | $1.42 |
| Lower Saucon EIT | $1.70 | $20.40 |
| Lower Saucon LST | $1.00 | $12.00 |

## Employer Taxes

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $10.54 | $126.48 |
| Medicare | $2.46 | $29.58 |
| FUTA | $1.02 | $12.24 |
| PA UC Tax Employer Contribution | $5.57 | $66.84 |

## Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

## Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

## Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $170.00 | $2,040.00 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $21.04 | $252.52 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $148.96 | $1,787.48 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $148.96 | $1,787.48 |

Company
Piesoft LLC
1201 Blair St

Employee
Patricia Flannery
XXX-XX-4229

# Statement

Easton, PA 18045
720-263-7478

2023 Leithsville Rd
Hellertown, PA 18055

Pay period: Mar 11, 2023 - Mar 17, 2023  Pay Day: Mar 27, 2023
Peapack Gladstone Bank ( . . . 1849): $148.95

## Employee Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $0.00 | 40.0 | $0.00 | |
| Total Hours Worked | | 40.0 | | |
| Gross | | | $170.00 | $2,210.00 |
| Gross Earnings | | | $170.00 | $2,210.00 |

## Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Social Security | $10.54 | $137.02 |
| Medicare | $2.47 | $32.05 |
| PA Withholding Tax | $5.22 | $67.86 |
| PA UC Tax Employee Withholding | $0.12 | $1.54 |
| Lower Saucon EIT | $1.70 | $22.10 |
| Lower Saucon LST | $1.00 | $13.00 |

## Employer Taxes

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $10.54 | $137.02 |
| Medicare | $2.47 | $32.05 |
| FUTA | $1.02 | $13.26 |
| PA UC Tax Employer Contribution | $5.57 | $72.41 |

## Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

## Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

## Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $170.00 | $2,210.00 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $21.05 | $273.57 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $148.95 | $1,936.43 |

# Patricia Flannery Earnings Statement

Pay period: Mar 18, 2023 - Mar 24, 2023    Pay Day: Apr 3, 2023
Peapack Gladstone Bank ( . . . 1849): $148.96

**Company**
Piesoft LLC
1201 Blair St
Easton, PA 18045
720-263-7478

**Employee**
Patricia Flannery
XXX-XX-4229
2023 Leithsville Rd
Hellertown, PA 18055

## Employee Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $0.00 | 40.0 | $0.00 | $0.00 |
| Total Hours Worked | | 40.0 | | |
| Gross | | | $170.00 | $2,380.00 |
| Gross Earnings | | | $170.00 | $2,380.00 |

## Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Social Security | $10.54 | $147.56 |
| Medicare | $2.46 | $34.51 |
| PA Withholding Tax | $5.22 | $73.08 |
| PA UC Tax Employee Withholding | $0.12 | $1.68 |
| Lower Saucon EIT | $1.70 | $23.80 |
| Lower Saucon LST | $1.00 | $14.00 |

## Employer Taxes

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $10.54 | $147.56 |
| Medicare | $2.46 | $34.51 |
| FUTA | $1.02 | $14.28 |
| PA UC Tax Employer Contribution | $5.57 | $77.98 |

## Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | -- | $0.00 | $0.00 |

## Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | -- | $0.00 | $0.00 |

## Summary

| | Current | Year To Date |
|---|---|---|
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $148.95 | $1,936.43 |

# Patricia Flannery Earnings Statement

Pay period: Mar 25, 2023 - Mar 31, 2023  Pay Day: Apr 10, 2023
Peapack Gladstone Bank ( . . . 1849): $148.95

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $170.00 | $2,380.00 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $21.04 | $294.63 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $148.96 | $2,085.37 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $148.96 | $2,085.37 |

**Company**
Piesoft LLC
1201 Blair St
Easton, PA 18045
720-263-7478

**Employee**
Patricia Flannery
XXX-XX-4229
2023 Leithsville Rd
Hellertown, PA 18055

## Employee Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $0.00 | 40.0 | $0.00 | $0.00 |
| Total Hours Worked | | 40.0 | | |
| Gross | | | $170.00 | $2,550.00 |
| Gross Earnings | | | $170.00 | $2,550.00 |

## Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Social Security | $10.54 | $158.10 |
| Medicare | $2.47 | $36.98 |
| PA Withholding Tax | $5.22 | $78.30 |
| PA UC Tax Employee Withholding | $0.12 | $1.80 |
| Lower Saucon EIT | $1.70 | $25.50 |
| Lower Saucon LST | $1.00 | $15.00 |

## Employer Taxes

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $10.54 | $158.10 |
| Medicare | $2.47 | $36.98 |
| FUTA | $1.02 | $15.30 |
| PA UC Tax Employer Contribution | $5.57 | $83.55 |

## Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

# Patricia Flannery Earnings Statement

Pay period: Apr 1, 2023 - Apr 7, 2023  Pay Day: Apr 17, 2023
Peapack Gladstone Bank ( . . . 1849): $148.96

**Company**
Piesoft LLC
1201 Blair St
Easton, PA 18045
720-263-7478

**Employee**
Patricia Flannery
XXX-XX-4229
2023 Leithsville Rd
Hellertown, PA 18055

## Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | — | $0.00 | $0.00 |

## Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $170.00 | $2,550.00 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $21.05 | $315.68 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $148.95 | $2,234.32 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $148.95 | $2,234.32 |

## Employee Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $0.00 | 40.0 | $0.00 | $0.00 |
| Total Hours Worked | | 40.0 | | |
| Gross | | | $170.00 | $2,720.00 |
| Gross Earnings | | | $170.00 | $2,720.00 |

## Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Social Security | $10.54 | $168.64 |
| Medicare | $2.46 | $39.44 |
| PA Withholding Tax | $5.22 | $83.52 |

## Employer Taxes

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $10.54 | $168.64 |
| Medicare | $2.46 | $39.44 |
| FUTA | $1.02 | $16.32 |

# Patricia Flannery Earnings Statement

Pay period: Apr 8, 2023 - Apr 14, 2023  Pay Day: Apr 24, 2023
Peapack Gladstone Bank ( . . . 1849): $148.95

| Company | Employee |
|---|---|
| Piesoft LLC | Patricia Flannery |
| 1201 Blair St | XXX-XX-4229 |
| Easton, PA 18045 | 2023 Leithsville Rd |
| 720-263-7478 | Hellertown, PA 18055 |

### Employee Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $0.00 | 40.0 | $0.00 | $0.00 |
| Total Hours Worked | | 40.0 | | |
| Gross | | | $170.00 | $2,890.00 |
| Gross Earnings | | | $170.00 | $2,890.00 |

### Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |
| PA UC Tax Employee Withholding | | $0.12 | $89.12 |
| Lower Saucon EIT | | $1.70 | |
| Lower Saucon LST | | $1.00 | |

### Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |
| PA UC Tax Employer Contribution | | $1.92 | $5.57 |
| | | $27.20 | |
| | | $16.00 | |

### Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $170.00 | $2,720.00 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $21.04 | $336.72 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $148.96 | $2,383.28 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $148.96 | $2,383.28 |

# Patricia Flannery Earnings Statement

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Social Security | $10.54 | $179.18 |
| Medicare | $2.47 | $41.91 |
| PA Withholding Tax | $5.22 | $88.74 |
| PA UC Tax Employee Withholding | $0.12 | $2.04 |
| Lower Saucon EIT | $1.70 | $28.90 |
| Lower Saucon LST | $1.00 | $17.00 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | — | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | — | $0.00 | $0.00 |

**Employer Taxes**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $10.54 | $179.18 |
| Medicare | $2.47 | $41.91 |
| FUTA | $1.02 | $17.34 |
| PA UC Tax Employer Contribution | $5.57 | $94.69 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $170.00 | $2,890.00 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $21.05 | $357.77 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $148.95 | $2,532.23 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $148.95 | $2,532.23 |

**Company**
Piesoft LLC
1201 Blair St
Easton, PA 18045
720-263-7478

**Employee**
Patricia Flannery
XXX-XX-4229
2023 Leithsville Rd
Hellertown, PA 18055

Pay period: Apr 15, 2023 - Apr 21, 2023  Pay Day: May 1, 2023
Peapack Gladstone Bank ( . . . 1849): $148.96

**Employee Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $0.00 | 40.0 | $0.00 | |
| Total Hours Worked | | 40.0 | | |
| Gross | | | $170.00 | $3,060.00 |
| Gross Earnings | | | $170.00 | $3,060.00 |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Social Security | $10.54 | $189.72 |
| Medicare | $2.46 | $44.37 |
| PA Withholding Tax | $5.22 | $93.96 |
| PA UC Tax Employee Withholding | $0.12 | $2.16 |
| Lower Saucon EIT | $1.70 | $30.60 |
| Lower Saucon LST | $1.00 | $18.00 |

**Employer Taxes**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $10.54 | $189.72 |
| Medicare | $2.46 | $44.37 |
| FUTA | $1.02 | $18.36 |
| PA UC Tax Employer Contribution | $5.57 | $100.26 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $170.00 | $3,060.00 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $21.04 | $378.81 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $148.96 | $2,681.19 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $148.96 | $2,681.19 |