Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 23-11367-PMM**

Patricia Ann Flannery  
2023 Leithsville Road  
Hellertown  PA    18055

Petition Filed Date: 05/10/2023  
341 Hearing Date: 07/18/2023  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/16/2023 | $736.00 | | 07/12/2023 | $736.00 | | | | |

**Total Receipts for the Period:  $1,472.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $2,208.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $16,780.72 | $0.00 | $0.00 |
| 2 | US DEPARTMENT OF EDUCATION<br>»» 002 | Unsecured Creditors | $11,061.19 | $0.00 | $0.00 |
| 3 | KHEAA<br>»» 003 | Unsecured Creditors | $14,580.77 | $0.00 | $0.00 |
| 4 | BANK OF AMERICA NA<br>»» 004 | Unsecured Creditors | $8,361.07 | $0.00 | $0.00 |
| 5 | FIRST COMMONWEALTH FCU<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | WELLS FARGO BANK NEVADA NA<br>»» 006 | Unsecured Creditors | $3,817.12 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $14,438.31 | $0.00 | $0.00 |
| 8 | WEICHERT FINANCIAL SERVICES<br>»» 008 | Mortgage Arrears | $114.98 | $0.00 | $0.00 |
| 9 | SCOLOPAX LLC<br>»» 009 | Unsecured Creditors | $16,442.20 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-11367-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,208.00 | Current Monthly Payment: | $736.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $198.72 | Total Plan Base: | $44,160.00 |
| Funds on Hand: | $2,009.28 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.