UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
|     Patricia Ann Flannery | |
| | Bankruptcy No. 23-11367-PMM |
|         Debtor | |

## ORDER

Upon consideration of the Objection of Scott F. Waterman, Esq., Standing Chapter 13

Trustee,  to Debtor's Plan and after notice and hearing, it is ORDERED that the Plan is denied.

_____

Patricia M. Mayer
U.S. BANKRUPTCY JUDGE