**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    Patricia Ann Flannery | : | |
| | : | |
|                     Debtor | : | Case # 23-11367-PMM |

## CERTIFICATE OF SERVICE

      I, Charles Laputka, Esquire, do hereby certify that on the 2nd day of October, 2023, a true and correct copy of the 1st Amended Chapter 13 Plan was served upon all creditors listed in the matrix and by first-class, postage prepaid U. S. mail and/or via electronic delivery through the U.S. Bankruptcy Court's ECF system upon:

Scott F. Waterman, Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606
ECFMail@ReadingCh13.com

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107
USTPRegion03.PH.ECF@usdoj.gov

KHEAA
PO BOX 798
FRANKFORT, KY 40602-0798

First Commonwealth FCU
6126 Hamilton Blvd – Ste 100
Allentown, PA 18106

Stephen R. Starks, Esquire
Brock & Scott PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103
ryan.starks@brockandscott.com

Weichert Financial Services
1 Corporate Dr – Ste 360
Lake Zurich, IL 60047

 

                                                               Laputka Law Office, LLC
                                                               /s/ Charles Laputka, Esquire
                                                               Charles Laputka, Esq.
                                                               Attorney for Debtor
                                                               PAID: 91984
                                                               1344 W. Hamilton St.
                                                               Allentown, PA 18102