United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 23-11367-pmm
Patricia Ann Flannery  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4  User: admin  Page 1 of 2
Date Rcvd: Nov 02, 2023  Form ID: 155  Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol  Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Ann Flannery, 2023 Leithsville Road, Hellertown, PA 18055-3007 |
| 14780731 | + | First Commonwealth FCU, 6126 Hamilton Blvd, Suite 100, Allentown, PA 18106-9711 |
| 14788471 | + | First Commonwealth Federal Credit Union, 6126 Hamilton Boulevard, Suite 100, Allentown, PA 18106-9711 |
| 14780733 | + | Michael Flannery, 2023 Leithsville Road, Hellertown, PA 18055-3007 |
| 14780734 | + | SMB-FA Consumer/FA2/CWS, PO Box 9213, Old Bethpage, NY 11804-9013 |
| 14792682 | + | Wells Fargo Card Services, PO Box 9210, Des Moines, IA 50306-9210 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14780727 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 03 2023 00:06:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14787904 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 03 2023 00:06:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14780728 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 03 2023 00:17:20 | Citi Cards, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14780730 | | Email/Text: mrdiscen@discover.com | Nov 03 2023 00:06:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 14780729 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 03 2023 00:07:00 | Dept of Ed/NelNet, PO Box 82561, Lincoln, NE 68501-2561 |
| 14782962 | | Email/Text: mrdiscen@discover.com | Nov 03 2023 00:06:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14794960 | | Email/Text: legaldivision@kheaa.com | Nov 03 2023 00:06:00 | KHEAA, PO BOX 798, FRANKFORT KY 40602 |
| 14798171 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2023 00:17:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14780732 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 03 2023 00:18:03 | Macys/DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 14785543 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 03 2023 00:07:00 | Nelnet, 7150 S Fulton Street, Suite 100, Centennial CO 80112-3779 |
| 14800174 | + | Email/Text: bncmail@w-legal.com | Nov 03 2023 00:06:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14785532 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 03 2023 00:07:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14780736 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 03 2023 00:17:36 | WF Crd Svc, PO Box 14517, Des Moines, IA 50306-3517 |
| 14780735 | + | Email/Text: BKCourtNotices@yourmortgageonline.com | Nov 03 2023 00:06:00 | Weichert Financial Service, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 14781909 | + | Email/Text: EBN@brockandscott.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 02, 2023 | Form ID: 155 | Total Noticed: 22 |

|  |  | Nov 03 2023 00:06:00 | Weichert Financial Services, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| --- | --- | --- | --- |
| 14792169 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 03 2023 00:29:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2023            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Patricia Ann Flannery claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| STEPHEN R. STARKS | on behalf of Creditor Weichert Financial Services ryan.starks@brockandscott.com wbecf@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Patricia Ann Flannery
        Debtor(s)                                           Chapter: 13

                                                                            Bankruptcy No: 23−11367−pmm

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this November 2, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                  Patricia M. Mayer
                                                                  Judge, United States Bankruptcy Court