| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-11367-PMM**

| | |
|---|---|
| Patricia Ann Flannery | Petition Filed Date: 05/10/2023 |
| 2023 Leithsville Road | 341 Hearing Date: 07/18/2023 |
| Hellertown  PA    18055 | Confirmation Date: 11/02/2023 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2023 | $736.00 | | 09/11/2023 | $736.00 | | 10/10/2023 | $736.00 | |
| 11/13/2023 | $738.00 | | 12/08/2023 | $738.00 | | 01/09/2024 | $738.00 | |
| 02/08/2024 | $738.00 | | 03/08/2024 | $738.00 | | 04/08/2024 | $738.00 | |
| 05/09/2024 | $738.00 | | 06/10/2024 | $738.00 | | 07/09/2024 | $738.00 | |

**Total Receipts for the Period: $8,850.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $11,060.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,538.00 | $2,538.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $16,780.72 | $2,055.67 | $14,725.05 |
| 2 | US DEPARTMENT OF EDUCATION<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | KHEAA<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | BANK OF AMERICA NA<br>»» 004 | Unsecured Creditors | $8,361.07 | $1,024.28 | $7,336.79 |
| 5 | FIRST COMMONWEALTH FCU<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | WELLS FARGO BANK NEVADA NA<br>»» 006 | Unsecured Creditors | $3,817.12 | $467.62 | $3,349.50 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $14,438.31 | $1,768.72 | $12,669.59 |
| 8 | WEICHERT FINANCIAL SERVICES<br>»» 008 | Mortgage Arrears | $114.98 | $114.98 | $0.00 |
| 9 | SCOLOPAX LLC<br>»» 009 | Unsecured Creditors | $16,442.20 | $2,014.17 | $14,428.03 |
| 10 | MACYS/DSNB | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-11367-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,060.00 | Current Monthly Payment: | $738.00 |
| Paid to Claims: | $9,983.44 | Arrearages: | $2.00 |
| Paid to Trustee: | $1,076.55 | Total Plan Base: | $44,272.00 |
| Funds on Hand: | $0.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.